## TABLE OF CONTENTS

**Page**

PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

PROCEDURAL BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I.    THE RELATED ACTIONS SHOULD BE CONSOLIDATED . . . . . . . . . . . . . . . . . . . 4

II.   ARCA SHOULD BE APPOINTED LEAD PLAINTIFF . . . . . . . . . . . . . . . . . . . . . . . . 4

    A.   The Procedural Requirements Pursuant to the PSLRA . . . . . . . . . . . . . . . . . . . . . . . 4

    B.   ARCA Is The "Most Adequate Plaintiff" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

        1.    ARCA Has Made A Motion
           For Its Appointment As Lead Plaintiff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

        2.    ARCA Has The Largest Financial Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        3.    ARCA Otherwise Satisfies Rule 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

           a. ARCA Fulfills The Typicality Requirement . . . . . . . . . . . . . . . . . . . . . . . . . 8

           b. ARCA Fulfills The Adequacy Requirement . . . . . . . . . . . . . . . . . . . . . . . . . 9

III.   THE COURT SHOULD APPROVE ARCA'S CHOICE OF COUNSEL . . . . . . . . . . . 10

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

## TABLE OF AUTHORITIES

**Cases**                                                                                          **Page(s)**

*Eisenberg v. Gagnon,* 766 F.2d 770 (3d Cir. 1985),
    *cert denied*, 474 U.S. 946 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Fields v. Biomatrix, Inc.*,
    198 F.R.D. 451 (D.N.J. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Greebel v. FTP Software, Inc.*,
    939 F. Supp. 57 (D. Mass. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*In re Cendant Corp. Litig.*,
    264 F.3d 201 (3d Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 7, 9

*In re Donkenny, Inc. Sec. Litig.*,
    171 F.R.D. 156 (S.D.N.Y. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*In re Lucent Techs.*,
    221 F. Supp. 2d 472 (D.N.J. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*In re Milestone Scientific*,
    183 F.R.D. 404 (D.N.J. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*In re Nice Systems Sec. Litig.*,
    188 F.R.D. 206 (D.N.J. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

*In re Party City Sec. Litig.*,
    189 F.R.D. 91 (D.N.J. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

## <u>Statutes, Rules & Regulations</u>

Fed. R. Civ. P. 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Fed. R. Civ. P. 42 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

15 U.S.C. § 78u-4, *et seq.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

## <u>Miscellaneous</u>

Statement of Managers --
        The "Private Securities Litigation Reform Act of 1995,"
        House Conference Report No. 104-369, 104th Cong. 1st Sess. (1995) . . . . . . . . . . . . . . 10

Statement of Managers --
        The "Private Securities Litigation Reform Act of 1995,"
        Senate Report No. 104-98, 104th Cong. 1st Sess. (1995)  . . . . . . . . . . . . . . . . . . . . . . . . 10