**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES M. BAKER, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>                Defendants. | Civil Action No. 1:05-CV-272 (GMS)<br><br>**E-FILE** |
| ROCHELLE PHILLIPS, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, and KENNETH VECCHIONE,<br><br>                Defendants. | Civil Action No. 1:05-CV-277 (GMS) |

[Captions continued on next page]

**DECLARATION OF MARC H. SNYDER IN SUPPORT OF MOTION OF
ARCA S.G.R. S.p.A. TO CONSOLIDATE ACTIONS,
TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF
<u>LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

| | |
|---|---|
| ROBERT WILKINS, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. )<br>KRULAK, JOHN R. COCHRAN, III, )<br>MICHAEL G. RHODES, LANCE L. )<br>WEAVER, and JOHN W. SCHEFLEN, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-287 (GMS) |
| LEONARD BRONSTEIN, on behalf of himself and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. )<br>KRULAK, JOHN R. COCHRAN, III, )<br>MICHAEL G. RHODES, LANCE L. )<br>WEAVER, and JOHN W. SCHEFLEN, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-289 (GMS) |

[Captions continued on next page]

| | |
|---|---|
| GREG PENN, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, JOHN R. )<br>COCHRAN, III, RICHARD K. )<br>STRUTHERS, and LANCE L. WEAVER, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-293 (GMS) |
| CLIFFORD W. JONES, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>and KENNETH VECCHIONE, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-316 (GMS) |
| MICHAEL D. BLUM, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, JOHN R. )<br>COCHRAN, III, RICHARD K. )<br>STRUTHERS, and LANCE L. WEAVER, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-372 (GMS) |

[Captions continued on next page]

|  |  |
|---|---|
| JAMES M. BAKER, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05-CV-389 (GMS) |

Marc H. Snyder, declares under penalty of perjury this day 5th day of July, 2005:

1. I am a partner at the law firm of Frank, Rosen, Snyder & Moss, L.L.P. I submit this declaration in support of the motion of ARCA S.G.R. S.p.A. ("ARCA") to consolidate actions, for the appointment of lead plaintiff and for approval of lead plaintiff's selection of lead counsel and liaison counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the signed certification of class member ARCA pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on May 5, 2005 on *Business Wire* advising the public of the pendency of a class action filed on behalf of shareholders of MBNA Corp. ("MBNA").

4. Attached hereto as Exhibit C is a true and correct copy of a chart of ARCA's transactions in MBNA securities and approximate losses.

5. Attached hereto as Exhibit D is a true and correct copy of the firm biography for Schiffrin & Barroway, LLP, the law firm seeking the Court's approval as Lead Counsel.

6. Attached hereto as Exhibit E is a true and correct copy of the firm biography for Frank, Rosen, Snyder & Moss, L.L.P., the law firm seeking the Court's approval as Liaison Counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

/s *Marc H. Snyder (#3791)*
MARC H. SNYDER