IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated,                   :   Case No. 1:05-cv-00272-GMS
                                             :
                Plaintiff, :   <u>CLASS ACTION</u>
                                             :
  vs.                                        :
                                             :
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCHRAN, III, MICHAEL G. RHODES,          :
LANCE L. WEAVER, and JOHN W.                 :
SCHEFLEN,                                    :
                                             :
                Defendants. :
                                             :
---------------------------------------------------------------x
                                             :
ROCHELLE PHILLIPS, On behalf of herself and  :
all others similarly situated,               :   Case No. 1:05-cv-00277-GMS
                                             :
                Plaintiff, :   <u>CLASS ACTION</u>
                                             :
  vs.                                        :
                                             :
MBNA CORP., BRUCE L. HAMMONDS, and           :
KENNETH . VECCHIONE,                         :
                                             :
                Defendants. :
                                             :
---------------------------------------------------------------x

**(Additional Captions Set Forth Below)**

|  |  |
|---|---|
| ROBERT WILKINS, Individually and on behalf of all others similarly situated,  :  <br> : <br> Plaintiff,  : <br> : <br> vs.  : <br> : <br> MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,  : <br> : <br> Defendants.  : | Case No. 1:05-cv-00287-GMS <br><br> <u>CLASS ACTION</u> |
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated,  : <br> : <br> Plaintiff,  : <br> : <br> vs.  : <br> : <br> MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,  : <br> : <br> Defendants.  : | Case No. 1:05-cv-00289-GMS <br><br> <u>CLASS ACTION</u> |

| | |
|---|---|
| GREG PENN, On behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER,<br><br>    Defendants. | Case No. 1:05-cv-00293-GMS<br><br><u>CLASS ACTION</u> |
| CLIFFORD W. JONES, On behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE,<br><br>    Defendants. | Case No. 1:05-cv-00316-GMS<br><br><u>CLASS ACTION</u> |
| MICHAEL D. BLUM, On behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER<br><br>    Defendants. | Case No. 1:05-cv-00372-GMS<br><br><u>CLASS ACTION</u> |

```
―――――――――――――――――――――――x
                                          :
THOMAS J. CUSSEN, On behalf of himself and :
all others similarly situated,            :  Case No. 1:05-cv-00389-GMS
                                          :
                  Plaintiff,              :  CLASS ACTION
                                          :
        vs.                               :
                                          :
MBNA CORP., BRUCE L. HAMMONDS,            :
KENNETH A. VECCHIONE, RICHARD K.          :
STRUTHERS, CHARLES C. KRULAK, JOHN        :
R. COCRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER and JOHN W. SCHEFLEN,     :
                                          :
                  Defendants.             :
                                          :
―――――――――――――――――――――――x
```

## [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4. Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____, 2005

_____
United States District Court Judge