UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
JAMES M. BAKER                                              )
                                                            )   Index No. 05-CV-00272
                                                            )
                Plaintiff,                                  )
                                                            )
        vs.                                                 )
                                                            )
MBNA CORP., BRUCE L. HAMMONDS,                              )
KENNETH A. VECCHIONE, RICHARD K.                            )
STRUTHERS, CHARLES C. KRULAK,                               )
JOHN R. COCHRAN, III, MICHAEL G.                            )
RHODES, LANCE L. WEAVER, AND                                )
JOHN W. SCHEFLEN,                                           )
                                                            )
                Defendants.                                 )
------------------------------------------------------------x
------------------------------------------------------------x
ROCHELLE PHILLIPS                                           )
                                                            )   Index No. 05-CV-00277
                Plaintiff,                                  )
                                                            )
        vs.                                                 )
                                                            )
MBNA CORP., BRUCE L. HAMMONDS,                              )
KENNETH A. VECCHIONE,                                       )
                                                            )
                Defendants.                                 )
------------------------------------------------------------x

**FILED**
**JUL 1 2 2005**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[Caption continued on next page]

```
---------------------------------------------------------------x
ROBERT WILKINS                                          )
                                                        )       Index No. 05-CV-00287
                        Plaintiff,                      )
                                                        )
         vs.                                            )
                                                        )
MBNA CORP., BRUCE L. HAMMONDS,                          )
KENNETH A. VECCHIONE, RICHARD K.                        )
STRUTHERS, CHARLES C. KRULAK,                           )
JOHN R. COCHRAN, III, MICHAEL G.                        )
RHODES, LANCE L. WEAVER, AND                            )
JOHN W. SCHEFLEN,                                       )
                                                        )
                        Defendants.                     )
---------------------------------------------------------------x
---------------------------------------------------------------x
LEONARD BRONSTEIN                                       )
                                                        )       Index No. 05-CV-00289
                        Plaintiff,                      )
                                                        )
         vs.                                            )
                                                        )
MBNA CORP., BRUCE L. HAMMONDS,                          )
KENNETH A. VECCHIONE, RICHARD K.                        )
STRUTHERS, CHARLES C. KRULAK,                           )
JOHN R. COCHRAN, III, MICHAEL G.                        )
RHODES, LANCE L. WEAVER, AND                            )
JOHN W. SCHEFLEN,                                       )
                                                        )
                        Defendants.                     )
---------------------------------------------------------------x
```

[Caption continued on next page]

```
-----------------------------------------------------------x
GREG PENN                                                  )
                                                           )  Index No. 05-CV-00293
                            Plaintiff,                     )
                                                           )
            vs.                                            )
                                                           )
MBNA CORP., BRUCE L. HAMMONDS,                             )
KENNETH A. VECCHIONE, RICHARD K.                           )
STRUTHERS, CHARLES C. KRULAK,                              )
JOHN R. COCHRAN, III, MICHAEL G.                           )
RHODES, LANCE L. WEAVER,                                   )
                                                           )
                            Defendants.                    )
-----------------------------------------------------------x
-----------------------------------------------------------x
CLIFFORD W. JONES                                          )
                                                           )  Index No. 05-CV-00316
                            Plaintiff,                     )
                                                           )
            vs.                                            )
                                                           )
MBNA CORP., BRUCE L. HAMMONDS,                             )
KENNETH A. VECCHIONE,                                      )
                                                           )
                            Defendants.                    )
-----------------------------------------------------------x
-----------------------------------------------------------x
LEMON BAY PARTNERS LLP                                     )
                                                           )  Index No. 05-CV-00327
                            Plaintiff,                     )
                                                           )
            vs.                                            )
                                                           )
BRUCE L. HAMMONDS,                                         )
KENNETH A. VECCHIONE, RICHARD K.                           )
STRUTHERS, JOHN R. COCHRAN, III,                           )
 LANCE L. WEAVER, AND MBNA CORP.                           )
                                                           )
                            Defendants.                    )
-----------------------------------------------------------x
```

[Caption continued on next page]

```
-------------------------------------------------------------x
DONALD R. BENOIT                                             )
                                                             )   Index No. 05-CV-00361
                    Plaintiff,                               )
                                                             )
            vs.                                              )
                                                             )
BRUCE L. HAMMONDS, JOHN R. COCHRAN                           )
III, RICHARD K STRUTHERS, KENNETH A.                         )
VECCHIONE, LANCE L. WEAVER, CHARLES                          )
C. KRULAK, MICHAEL G. RHODES, JOHN                           )
W. SCHEFLEN, JAMES H. BERICK, MARY M.                        )
BOIES, BENJAMIN R. CIVILETTI, WILLIAM                        )
L. JEWS, RANDOLPH D. LERNER, STUART                          )
L. MARKOWITZ, WILLIAM B. MILSTEAD,                           )
LAURA S. UNGER, THOMAS G. MURDOUGH,                          )
AND MBNA CORP.                                               )
                                                             )
                    Defendants.                              )
-------------------------------------------------------------x
-------------------------------------------------------------x
MICHAEL D. BLUM                                              )
                                                             )   Index No. 05-CV-00372
                    Plaintiff,                               )
                                                             )
            vs.                                              )
                                                             )
MBNA CORP., BRUCE L. HAMMONDS,                               )
KENNETH A. VECCHIONE, JOHN R.                                )
COCHRAN, III, RICHARD K STRUTHERS,                           )
LANCE L. WEAVER,                                             )
                                                             )
                    Defendants.                              )
-------------------------------------------------------------x
```

[Caption continued on next page]

```
-----------------------------------------------------------x
THOMAS J. CUSSEN                                           )
                                                           )  Index No. 05-CV-00389
                    Plaintiff,                             )
                                                           )
            vs.                                            )
                                                           )
MBNA CORP., BRUCE L. HAMMONDS,                             )
KENNETH A. VECCHIONE, RICHARD K.                           )
STRUTHERS, CHARLES C. KRULAK,                              )
JOHN R. COCHRAN, III, MICHAEL G.                           )
RHODES, LANCE L. WEAVER, AND                               )
JOHN W. SCHEFLEN,                                          )
                                                           )
                    Defendants.                            )
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, CURTIS V. TRINKO, certify that true and correct copies of the NOTICE OF FILING were served upon the following attorneys by means of postage pre-paid first class mail through the U.S. Mail system on this date:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, California 92101

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
197 South Federal Highway, Suite 200
Boca Raton, Florida 33432

Richard M. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

Ralph Nicholas Sianni
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph N. Gielata
Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809


Dated: July 5, 2005
     New York, New York

_____
Curtis V. Trinko