# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. BAKER, On Behalf of Himself and All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : Case No. 1:05-cv-00272-GMS <br> : <br> : |
| v. | : CLASS ACTION <br> : |
| MBNA CORP., *et al.*, | : <br> : |
| Defendants. | : <br> : |

| | |
|---|---|
| ROCHELLE PHILLIPS, On Behalf of Herself and All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : Case No. 1:05-cv-00277-GMS <br> : <br> : |
| v. | : CLASS ACTION <br> : |
| MBNA CORP., *et al.*, | : <br> : |
| Defendants. | : <br> : |

| | |
|---|---|
| ROBERT WILKINS, On Behalf of Himself and All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : Case No. 1:05-cv-00287-GMS <br> : <br> : |
| v. | : CLASS ACTION <br> : |
| MBNA CORP., *et al.*, | : <br> : |
| Defendants. | : <br> : |

| | |
|---|---|
| LEONARD BRONSTEIN, On Behalf of Himself and All Others Similarly Situated, | : |
| | : |
| | : Case No. 1:05-cv-00289-GMS |
| Plaintiff, | : |
| | : |
| v. | : CLASS ACTION |
| | : |
| MBNA CORP., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| GREGG PENN, On Behalf of Himself and All Others Similarly Situated, | : |
| | : |
| | : Case No. 1:05-cv-00293-GMS |
| Plaintiff, | : |
| | : |
| v. | : CLASS ACTION |
| | : |
| MBNA CORP., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| CLIFFORD W. JONES, On Behalf of Himself and All Others Similarly Situated, | : |
| | : |
| | : Case No. 1:05-cv-00316-GMS |
| Plaintiff, | : |
| | : |
| v. | : CLASS ACTION |
| | : |
| MBNA CORP., *et al.*, | : |
| | : |
| Defendants. | : |

---

MICHAEL D. BLUM, On Behalf of Himself
and All Others Similarly Situated,

               Plaintiff,

         v.

MBNA CORP., *et al.*,

               Defendants.

:   
:   
:    Case No. 1:05-cv-00372-GMS
:   
:   
:    <u>CLASS ACTION</u>
:   
:   
:   
:   

---

## STIPULATION AND ORDER

       **WHEREAS** putative class member Activist Investmentgesellschaft mbH

for account of the PT-Master fund, represented by the law firm of Milberg Weiss Bershad

& Schulman LLP, has filed a motion for consolidation of the above-referenced actions,

for appointment as Lead Plaintiff and for approval of selection of Lead Counsel, and

       **WHEREAS** said motion is unopposed as of the date below,

       **IT IS HEREBY STIPULATED AND AGREED,** by and between

undersigned counsel for the parties herein and subject to the Order of this Court, that

(i) Lead Plaintiff will serve a consolidated amended complaint no later than 60 days after

a decision is entered on the pending motions for appointment of Lead Plaintiff and

approval of Lead Counsel, (ii) Defendants' answers to or motions to dismiss the

consolidated amended complaint will be served no later than 60 days after the

consolidated amended complaint is served, (iii) in the event that a motion to dismiss is

made by one or more Defendants, Lead Plaintiff will have 60 days to file its answering

brief in response to such motion to dismiss and the moving Defendant or Defendants will

have 45 days to submit their reply.

September 12, 2005


*Richard H. Morse*

Richard H. Morse (I.D. No. 531)
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6000
rmorse@ycst.com

Richard J. Urowsky
Richard C. Pepperman, II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendants*


*Seth D. Rigrodsky*

Seth D. Rigrodsky (I.D. No. 3147)
Ralph Sianni (I.D. No. 4151)
MILBERG WEISS BERSHAD & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
rsianni@milbergweiss.com
srigrodsky@milbergweiss.com

Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza -- 49th Floor
New York, NY 10119
(212) 868-1229

*Attorneys for Plaintiffs Rochelle Phillips and Clifford W. Jones
and Proposed Lead Plaintiff Activist Investmentgesellschaft mbH*

Joseph A. Rosenthal (I.D. No. 234)
Jeffrey S. Goddess (I.D. No. 630)
ROSENTHAL, MONHAIT, GROSS & GODDESS
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com

*Attorneys for Plaintiffs James M. Baker, Leonard Bronstein, Robert Wilkins, Greg Penn,
and Michael D. Blum*


SO ORDERED, this ____ day of September, 2005


_____
United States District Judge