IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| JAMES M. BAKER, On behalf of himself and all others similarly situated, | Case No. 1:05-cv-00272-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | |
| Defendants. | |

---

| | |
|---|---|
| ROCHELLE PHILLIPS, On behalf of herself and all others similarly situated, | Case No. 1:05-cv-00277-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, and KENNETH . VECCHIONE, | |
| Defendants. | |

---

**(Additional Captions Set Forth Below)**

|  |  |
|---|---|
| ROBERT WILKINS, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>　　　　　　　　Defendants. | Case No. 1:05-cv-00287-GMS<br><br><u>CLASS ACTION</u> |
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>　　　　　　　　Defendants. | Case No. 1:05-cv-00289-GMS<br><br><u>CLASS ACTION</u> |

```
─────────────────────────────────── x
                                    :
GREG PENN, On behalf of himself and all others  :
similarly situated,                 :   Case No. 1:05-cv-00293-GMS
                                    :
            Plaintiff,              :   CLASS ACTION
                                    :
    vs.                             :
                                    :
MBNA CORP., BRUCE L. HAMMONDS,      :
KENNETH A. VECCHIONE, RICHARD K.    :
STRUTHERS, and LANCE L. WEAVER,     :
                                    :
            Defendants.             :
                                    :
─────────────────────────────────── x
                                    :
CLIFFORD W. JONES, On behalf of himself and  :
all others similarly situated,      :   Case No. 1:05-cv-00316-GMS
                                    :
            Plaintiff,              :   CLASS ACTION
                                    :
    vs.                             :
                                    :
MBNA CORP., BRUCE L. HAMMONDS, and  :
KENNETH A. VECCHIONE,               :
                                    :
            Defendants.             :
                                    :
─────────────────────────────────── x
                                    :
MICHAEL D. BLUM, On behalf of himself and  :
all others similarly situated,      :   Case No. 1:05-cv-00372-GMS
                                    :
            Plaintiff,              :   CLASS ACTION
                                    :
    vs.                             :
                                    :
MBNA CORP., BRUCE L. HAMMONDS,      :
KENNETH A. VECCHIONE, JOHN R.       :
COCRAN, III, RICHARD K. STRUTHERS, and  :
LANCE L. WEAVER                     :
                                    :
            Defendants.             :
                                    :
─────────────────────────────────── x
```

```
─────────────────────────────────── x
                                    :
SCOTT KIMBALL, On behalf of himself and all :
others similarly situated,          :   Case No. 1:05-cv-00643-GMS
                                    :
              Plaintiff,            :   CLASS ACTION
                                    :
   vs.                              :
                                    :
MBNA CORP., BRUCE L. HAMMONDS,      :
KENNETH A. VECCHIONE, RICHARD K.    :
STRUTHERS, CHARLES C. KRULAK, JOHN  :
R. COCRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
                                    :
              Defendants.           :
                                    :
─────────────────────────────────── x
                                    :
VIRGINIA MCMATH, On behalf of herself and :
all others similarly situated,      :   Case No. 1:05-cv-00644-GMS
                                    :
              Plaintiff,            :   CLASS ACTION
                                    :
   vs.                              :
                                    :
MBNA CORP., BRUCE L. HAMMONDS,      :
KENNETH A. VECCHIONE, RICHARD K.    :
STRUTHERS, CHARLES C. KRULAK, JOHN  :
R. COCRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
                                    :
              Defendants.           :
                                    :
─────────────────────────────────── x
```

## ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

      1.      The Motion is GRANTED;

      2.      The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

      3.      Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

      4.      Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: Oct 13, 2005

_____
United States District Court Judge

FILED
OCT 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE