UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. BAKER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>        Defendants. | Case No. 1:05-cv-00272-GMS<br><br><u>CLASS ACTION</u> |
| ROCHELLE PHILLIPS, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>        Defendants. | Case No. 1:05-cv-00277-GMS<br><br><u>CLASS ACTION</u> |
| ROBERT WILKINS, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>        Defendants. | Case No. 1:05-cv-00287-GMS<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| LEONARD BRONSTEIN, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>    Defendants. | Case No. 1:05-cv-00289-GMS<br><br><u>CLASS ACTION</u> |
| GREGG PENN, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>    Defendants. | Case No. 1:05-cv-00293-GMS<br><br><u>CLASS ACTION</u> |
| CLIFFORD W. JONES, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>    Defendants. | Case No. 1:05-cv-00316-GMS<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| MICHAEL D. BLUM, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>Defendants. | Case No. 1:05-cv-00372-GMS<br><br>CLASS ACTION |
| SCOTT KIMBALL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>Defendants. | Case No. 1:05-cv-00643-GMS<br><br>CLASS ACTION |
| VIRGINIA McMATH, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>Defendants. | Case No. 1:05-cv-00644-GMS<br><br>CLASS ACTION |

## STIPULATION AND ORDER

**WHEREAS** putative class member Activist Investmentgesellschaft mbH for account of the PT-Master fund, represented by the law firm of Milberg Weiss Bershad

& Schulman LLP, has filed a motion for consolidation of the above-referenced actions, for appointment as Lead Plaintiff and for approval of selection of Lead Counsel, and

**WHEREAS** said motion is unopposed as of the date below,

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for the parties herein and subject to the Order of this Court, that (i) Lead Plaintiff will serve and file a consolidated amended complaint no later than 60 days after a decision is entered on the pending motions for appointment of Lead Plaintiff and approval of Lead Counsel, (ii) Defendants will have 60 days thereafter to answer, move to dismiss or otherwise respond to the consolidated amended complaint, (iii) in the event that a motion to dismiss is made by one or more Defendants, Lead Plaintiff will have 60 days to file its answering brief in response to such motion to dismiss and the moving Defendant or Defendants will have 45 days to submit their reply.

October 12, 2005

*Richard H. Morse*
Richard H. Morse (I.D. No. 531)
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6000

*[signature]*

Seth D. Rigrodsky (I.D. No. 3147)
Ralph Sianni (I.D. No. 4151)
MILBERG WEISS BERSHAD & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, Delaware 19801
(302) 984-0597

Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza -- 49th Floor
New York, NY 10119
(212) 868-1229

*Attorneys for Plaintiffs Rochelle Phillips and Clifford W. Jones
and Proposed Lead Plaintiff Activist Investmentgesellschaft mbH*

*[signature]*

Joseph A. Rosenthal (I.D. No. 234)
Jeffrey S. Goddess (I.D. No. 630)
ROSENTHAL, MONHAIT, GROSS & GODDESS
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070

*Attorneys for Plaintiffs James M. Baker, Leonard Bronstein, Robert Wilkins, Greg Penn,
Michael D. Blum, Scott Kimball and Virginia McMath*

SO ORDERED, this 13th day of October, 2005

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*[signature]*
United States District Judge

3